## Case No. 389.

### The ANGLIA.

### [7 Ben. 190.][1]

District Court, S. D. New York. March, 1874.

COLLISION WHILE COMING INTO DOCK—STRENGTH OF HAWSER.

A tug was sent in to the far end of a slip, with a hawser, to aid in hauling in a steamship which was backing into the slip. The motion of the steamship was intended to be checked by a spring line, but it parted. and the steamship backed into the tug and injured her: *Held*, that the steamship was responsible for the strength of the line, and was liable for the damages.

In admiralty. This was an action brought by the owner of the tug A. G. Cattell, to recover for the damages occasioned to her by a collision between her and the steamer Anglia, which occurred while the Anglia was backing into her place alongside of a pier in the North river. The libel alleges that the tug was employed to take a hawser from the

steamer and carry it up the dock, and did so, the steamer backing in at the time; and that the steamer backed in so fast and so far, although hailed to stop, that the tug was unable to escape, but was crushed by the steamer's stern. The answer denied any negligence on the part of the steamer, and alleged that the tug was herself negligent, in that, although she knew the steamer was going to back in, she went in herself directly astern of the steamer, instead of going in under her quarter, so as to be out of the way. [Decree for libellant.]

W. R. Beebe, for libellant.
Henry Nicoll, for claimants.

====

## Case No. 390.

### The ANGLIA. .

### [Blatchf. Prize Cas. 300.][1]

District Court, S. D. New York. Dec., 1862.

PRIZE—VIOLATION OF BLOCKADE.

Vessel and cargo condemned for an attempt to violate the blockade.

In admiralty.

BETTS, District Judge. This vessel and cargo were captured by the same United States war vessel, and almost simultaneously with the seizure of the steamer Scotia and cargo. The summary statement of that case tallies so closely, in the leading facts, with this, that a repetition of them will be tautological, unless the judgment of the court is to be reviewed on appeal, when the reasons inducing it will be more largely set forth. The voyage named in the papers in this case

[1][Reported by Robert D. Benedict, Esq., and Benj. Lincoln Benedict, Esq., and here reprinted by permission.]

[1][Reported by Samuel Blatchford, Esq.]

is, first, from Liverpool to Nassau, and thence, if required, to ports in the West India Islands, and back to ports in Europe. The whole representation of the adventure, upon the ship's papers, is more formal and mercantile than in the case of the Scotia; but the testimony of the witnesses examined, including the master, the mate and the pilot, concurs in stating, unreservedly, that although the ostensible voyage described on the papers was from Nassau to St. John, N. B., yet the real destination was to Charleston, and that the vessel was captured while attempting to enter that port. All concerned in the voyage knew that the port was blockaded. Upon the general principles declared in the case of the Scotia, a decree of condemnation and forfeiture is also rendered against the steamer Anglia and cargo.